**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ONESIMUS B. FRANKLIN,

      Petitioner,

    v.

UNITED STATES OF AMERICA,

      Respondent.

CIVIL ACTION NO.: 4:19-cv-265

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 19, 2022 Report and Recommendation, (doc. 4), to which petitioner has not filed an objection.[1]   The Court **ADOPTS** the Report and Recommendation as its opinion.   For the reasons discussed by the Magistrate Judge, the Petition for Writ of Habeas Corpus is **DISMISSED**.

Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving sua sponte denial of COA before movant filed a notice of appeal).   And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.   Thus, in forma pauperis status on appeal is

---

1   In fact, the Court's mailing was retuned as undeliverable, with the notations: "Return to Sender, Inmate No Longer At This Facility[.]"   Doc. 5 at 1.   Plaintiff's failure to notify the Court of any change in address provides another reason for dismissal.   See Local R. 11.1.

likewise **DENIED**. 28 U.S.C. § 1915(a)(3).   The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

      **SO ORDERED**, this 27th day of May, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA