# United States District Court
## Southern District of Georgia

ONESIMUS B. FRANKLIN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-265

v.

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on May 27, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. § 2241 petition is dismissed. Additionally, Petitioner is denied a Certificate of Appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _[signature]_

| June 7, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |